**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America, | ) | 2:19-mj-00955-NJK |
| Plaintiff, | ) | Case No: 19cr701-1 |
| v. | ) | Magistrate Judge: M. David Weisman |
| Chang Tan, | ) | |
| Defendant, | ) | |

## ORDER

Arrest warrant issued to the United States Marshal and Any Authorized Officer as to defendant Chang Tan.

Date: December 17, 2019

_____
M. David Weisman
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | 2:19-mj-00955-NJK |
|---|---|---|
| Plaintiff(s), | ) | Case No: 19cr701-1 |
| v. | ) | Magistrate Judge: M. David Weisman |
| Chang Tan, | ) | |
| Defendant(s), | ) | |

## ORDER

Emergency Status hearing held. The Court advised the parties of the information that was communicated from Pretrial Services regarding defendant's request to be taken back into custody. In light of the unforeseen circumstance, the Government is not seeking a forfeiture of the bond. The Court orders the Clerk's office to release and return the bond that was posted to the defendant's father Dr. Zhong Tuo Tan. The Court, sua sponte, hereby revokes defendant's conditions of release and bond [[29] and [30]] and orders that the defendant shall remain in custody.

T: (00:04)

Date: December 17, 2019

_____
M. David Weisman
United States Magistrate Judge